Jesse Mondry, OSB #192559
Harris Sliwoski LLP
511 SE 11th Ave.
Suite 201
Portland, OR 97214
Tel. 503-549-4636
jesse@harris-sliwoski.com

Tara J. Plochocki, DC Bar 989404
Lewis Baach Kaufmann Middlemiss pllc
1050 K Street NW
Suite 400
Washington D.C. 20001
Tel. 202-659-7217
tara.plochocki@lbkmlaw.com

*Counsel for Petitioner Pinewood Technologies
Asia Pacific Limited*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| IN RE PETITION OF PINEWOOD TECHNOLOGIES ASIA PACIFIC LIMITED FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782 | Case No. 1:24-mc-58-MC<br><br>**ORDER GRANTING PETITIONER'S EX PARTE PETITION TO ISSUE SUBPOENAS AND GATHER DOCUMENTARY EVIDENCE** |

Upon the Petition of Pinewood Technologies Asia Pacific Limited, for an order of judicial assistance appointing Tara J. Plochocki as a Commissioner of the Court to facilitate the issuance of subpoenas and gathering of documentary and testimonial evidence from Respondents who "reside in" or are "found in" the District of Oregon. The Respondents are Lithia Motors, Inc., which does business as Lithia & Driveway (together, "Lithia"); Matt Whitmer, Lithia's Director

ORDER GRANTING PETITIONER'S EX PARTE
PETITION TO ISSUE SUBPOENAS AND GATHER DOCUMENTARY EVIDENCE - 1

of Mergers and Acquisitions; and Bryan DeBoer, Lithia's President and CEO. Upon review of the Memorandum of Law and Declarations and exhibits filed in support thereof, it is hereby

ORDERED that Petitioner's *Ex Parte* Petition be GRANTED.

                                                                s/Michael J. McShane  
                                                               UNITED STATES DISTRICT JUDGE

Dated _____ January 25, 2024.